**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JAMES F. HARDISON, #190-936, | * |
|     Petitioner, | |
|     v. | * CIVIL ACTION NO. RWT-05-2050 |
| NANCY L. ROUSE, WARDEN, | * |
|     Respondent. | |

\*\*\*\*\*\*

**MEMORANDUM OPINION**

On July 25, 2005, James F. Hardison, a state prisoner currently confined at the Maryland Correctional Institution at Hagerstown ("MCI-H"), filed a petition seeking to compel Maryland corrections officials to provide him a new hearing before the Inmate Grievance Office ("IGO") to determine whether he was properly reclassified in September, 2003, to a higher security status as a result of an incident involving non-compliance with orders given to him regarding his prison work assignment. (Paper No. 1). Petitioner complains that the reclassification came about as a result of a decision reached by a case management team that "failed to inform [him] of the institutional rules and regulations." He further complains that the IGO official who reviewed his complaint concerning the reclassification dismissed his concerns and that his application for leave to appeal the IGO decision to the appropriate State court was denied. (Id.). The petition has been construed as a request for mandamus relief pursuant to 28 U.S.C. § 1361.[1]

Petitioner appears to ask this federal court to compel a state administrative agency to reconsider the correctness of its previous decision affecting his prison classification. Under 28 U.S.C. § 1361 a

---

[1] Petitioner's motion to proceed in forma pauperis without prepayment of filing fees or costs (Paper No. 2) shall be granted.

federal district court has original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. The district court, however, has no mandamus jurisdiction over state adjudicatory bodies. See <u>Gurley v. Superior Court of Mecklenburg County</u>, 411 F.2d 586, 587 (4th Cir. 1969). Therefore, Petitioner's request for mandamus relief shall be dismissed.

In light of this opinion, a separate Order shall be entered dismissing the petition without requiring a response from Warden Rouse. A separate Order follows.

Date:      8/15/05                                        /s/
                                          ROGER W. TITUS
                                          UNITED STATES DISTRICT JUDGE